CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

May 4, 2026

Via ECF
Hon.  Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re:    Hyman v.  SSA
       1:25-cv-9528 (GWG)

Dear Judge Gorenstein:

I am the attorney for the plaintiff in the above captioned case and write to request an extension time, nunc pro tunc, in which to file plaintiff's Brief. Plaintiff's were due to be filed on Friday, May 1, 2026. This is plaintiff's first request for an extension of time.

I have been unable to complete these papers on time due to the extraordinary length of the administrative record (in excess of 3,000 pages) coupled with other deadlines that have consumed far more time than budgeted. With the consent of  opposing counsel, SAUSA Jonathan King, we respectfully request that the Court approve and adopt the following revised briefings schedule:

| | |
|---|---|
| May 11, 2026 | Plaintiff's Brief |
| July 10, 2026 | Defendant's Opposition Brief |
| July 24, 2026 | Plaintiff Reply |

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

Cc:    AUSA Jonathan King

The proposed schedule is approved.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

May 4, 2026