UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA HYMAN,<br><br>                Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY.,<br><br>                Defendant. | |

25 CIVIL 9528 (GWG)

## **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons

stated in the Court's Stipulation and Order dated July 2, 2026, the Commissioner's decision be,

and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative

proceedings. The parties further agree that if the Administrative Law Judge uses expert(s) to

offer evidence, plaintiff will have the opportunity to cross-examine the expert(s) pursuant to the

instructions in the Program Operations Manual System (POMS). See Shalala v. Schaefer, 509

U.S. 292 (1993).

**Dated:**   New York, New York
           July 2, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**